# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK
## ALBANY DIVISION

| | | |
|---|---|---|
| | ) | |
| In re | ) | Chapter 13 |
| | ) | |
| HENRY JOHN LYNCH, | ) | Case No. 15-11143-1-rel |
| | ) | |
| Debtor(s) | ) | BANKRUPTCY JUDGE |
| | ) | ROBERT E LITTLEFIELD |

### REQUEST OF RECOVERY MANAGEMENT SYSTEMS CORPORATION
### FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P.  2002(g)

PLEASE TAKE NOTICE that Recovery Management Systems Corporation, as authorized agent for

Synchrony Bank (Care Credit [Last four digit of account:9266]), a creditor in the above-captioned chapter

13 case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the

Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C.

§§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all

papers served or required to be served in this case be also given to and served, whether electronically or

otherwise, on:

> Synchrony Bank
> c/o Recovery Management Systems Corporation
> 25 SE 2nd Avenue, Suite 1120
> Miami, FL 33131-1605
> Telephone: (305) 379-7674
> Facsimile: (305) 374-8113
> E-mail: claims@recoverycorp.com

Dated: Miami, Florida
July 14, 2015

By: /s/ Ramesh Singh

Ramesh Singh
c/o Recovery Management Systems
Corporation
Financial Controller
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605
(305) 379-7674

Assignee Creditor: Care Credit [Last four digit of account:9266]